Jihad M. Smaili [262219]
Stephen D. Counts [231348]
**SMAILI & ASSOCIATES, PC**
2114 N Broadway, Suite 200
Santa Ana, CA 92706
T: (714) 547-4700
F: (714) 547-4710 (facsimile)

Attorneys for Plaintiff
MICHAEL HAWES

Christopher Habashy [280725]
Kerri H. Sakaue [301043]
**BAKER & HOSTELLER**
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025
T: (310)-820-8800

Attorneys for Defendant
SIEMENS INDUSTRY INC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAWES, an individual;<br><br>    Plaintiff,<br><br>  v.<br><br>SIEMENS INDUSTRY INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>    Defendants. | **Case No.: 8:22-cv-00130-CJC-DFM**<br>Assigned for all purposes to the<br>Hon. Cormac J. Carney<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT** |

Smaili & Associates, P.C.

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Parties have reached a settlement in the instant case. Plaintiff anticipates filing a dismissal of his entire action with prejudice in the next thirty days.

Dated: December 7, 2023          **SMAILI & ASSOCIATES, P.C.**


By: _/s/Jihad M. Smaili_ _____
     Jihad M. Smaili, Esq.
     Stephen D. Counts, Esq.
     Attorneys for Plaintiffs


Dated: December 7, 2023          **BAKER & HOSTELLER**


By: _/s/Christopher Habashy_ _____
     Christopher Habashy, Esq.
     Kerri H. Sakaue, Esq.
     Attorneys for Defendants

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 7, 2023                    **SMAILI & ASSOCIATES, PC**


By:  /s/ *Jihad M Smaili*
      Jihad M. Smaili